1024 

 

No. 85–5710. DARLING v. UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 85–5713. LEWIS v. UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 85–5716. SAWYER v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 85–5722. COLLINS v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 85–5728. CROOKER v. UNITED STATES. C. A. 1st Cir. Certiorari denied. 

No. 85–5732. PATTERSON v. GEORGIA THEATRE CO. ET AL. C. A. 11th Cir. Certiorari denied. 

No. 85–5751. GATI v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 85–5759. LAPSLEY v. LEGAL SERVICES OF MAUMEE VALLEY. C. A. 7th Cir. Certiorari denied. 

No. 85–5781. CASWELL v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.